FIRST NATIONAL BANK OF THE CITY OF BROOKLYN, Respondent, *v.* JOHN G. JENKINS, JR., et al., as Executors of JOHN G. JENKINS, SR., Deceased, et al., Appellants.

*First Nat. Bank of the City of Brooklyn* v. *Jenkins*, 151 App. Div. 893, affirmed.

(Argued June 10, 1913; decided October 21, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 5, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon a bond given by decedent and the defendant John G. Jenkins, Jr., to secure the plaintiff bank against loss arising from an unauthorized purchase of stocks by the decedent, who was at that time its president, with the funds of the said bank.

*Alton B. Parker, Henderson Peck* and *Louis E. Bomeisler* for appellants.

*Morgan J. O'Brien* and *Robert H. Wilson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.

---

JERRY LINEHAN, Appellant, *v.* FRANK J. NELSON, Respondent.

*Linehan* v. *Nelson*, 146 App. Div. 899, affirmed.

(Argued June 11, 1913; decided October 21, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 10, 1911, affirming a judgment in favor